IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LYNN FREDERICK, wife of and Douglas Frederick | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) | 
| MEDIACOM SOUTHEAST, LLC, | ) ) |
| Defendant. | ) |

Civil Action No.: 05-0212-BH-L

### ORDER

This matter is before the Court on Plaintiffs' recently filed Motion (Doc. 9) for Leave to File an Amended Complaint, Motion (Doc. 10) to Remand, Motion (Doc. 11) for Extension of Time to Complete Discovery.

**Motion for Leave to File an Amended Complaint**

Plaintiffs seek to amend their Complaint by joining Justin Wansley, employee and/or agent of ATX Services Inc. (formerly known as "GlobalTek Telecom Inc."), ATX Services, Inc. (formerly known as "GlobalTek Telecom Inc."), subcontractor to Mediacom Southeast, LLC. ("Mediacom"), Jeff (Tech Number 1815), employee and /or agent of Mediacom, Tech Number 0237, also employee and/or agent of Mediacom, and John Doe, manager of Mediacom's Fairhope Branch, as parties defendant, by and by adding additional allegations. The Court **hereby ORDERS** the presently named Defendant, Mediacom Southeast, LLC to **SHOW CAUSE on or before Tuesday, May 23, 2005** as to why these additional parties and charges should not be added to the present action.

**Motion to Remand and Motion for Extension of Time to Complete Discovery**

Plaintiffs have also petitioned this Court to Remand this matter back to the Circuit Court of Baldwin County based on lack of diversity of citizenship. However, Plaintiffs have also requested this court to defer the hearing on the motion to remand until the completion of discovery and to permit the service of limited discovery (Doc. 12) focusing on issues regarding subject matter jurisdiction, *i.e.* identification of the new defendants and of their domiciles and citizenship and sufficient information as to liability so as to demonstrate that they have not been fraudulently joined as defendants.

The Court finds that these Motions are premature since the Court has not yet permitted Plaintiffs to join the individuals whose potential lack of diversity is the basis for the Motion to Remand. Therefore, the Court will not rule on these Motions until the issue of the proposed Amended Complaint is resolved.

**So ORDERED** this 11th day of May, 2005.

                                                        s/ W. B. Hand
                                             SENIOR DISTRICT JUDGE