# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LYNN FREDERICK, wife of and Douglas Frederick | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| MEDIACOM SOUTHEAST, LLC, | ) ) |
| Defendant. | ) |

Civil Action No.: 05-0212-BH-L

## ORDER

The Court issues this Order pursuant to its earlier Order (Doc. 26) to Show Cause as to why Plaintiffs' Second Amended Complaint (Doc. 25) should not be Stricken. Plaintiffs have acknowledged that their Second Amended Complaint was filed in error and does not comply with the Court's Order (Doc. 21) of May 31, 2005. Therefore, Plaintiffs' Second Amended Complaint (Doc. 25) is **due to be and hereby STRICKEN** from the record. However, Plaintiffs have submitted a Revised Second Amended Complaint that does comply with the Court's Order of May 31, 2005. Therefore, their Motion (Doc. 30) to Amend Complaint is **due to be and hereby GRANTED** and Plaintiffs may file their Revised Second Amended Complaint.

**So ORDERED**, this 28th day of June, 2005.

                                                                        s/ W. B. Hand  
                                                    SENIOR DISTRICT JUDGE