# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| LYNN FREDERICK, wife of | ) | |
| Douglas Frederick | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| vs. | ) | Civil Action No.: 05-0212-BH-M |
|  | ) | |
| MEDIACOM SOUTHEAST, LLC, | ) | |
| ATX SERVICES, INC. and | ) | |
| JUSTIN WANSLEY | ) | |
|  | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion (Doc. 107) to Supplement their Opposition to Defendant Mediacom Southeast LLC's (hereinafter, "Mediacom") Motion for Summary Judgment.  As grounds for their motion, Plaintiffs submit that the supplemental memorandum contains concessions regarding their claims of willfulness and gross negligence as well as discussion of what they believe to be pertinent case law and a previously unavailable affidavit.  On March 30, 2006, the Court dictated the proper response times for each party regarding Mediacom's Motion (Doc. 90) for Summary Judgment and neither party filed any objections or sought any extensions to these deadlines.  The Court does note Plaintiffs' concessions regarding its claims of willfulness and gross negligence.  The Court will also, pursuant to its Order (Doc. 102) of April 26, 2006, take the affidavit of Thomas Bishop under consideration.  However, the Court will not review Plaintiffs' newly proffered legal arguments regarding Bishop's affidavit, the *Mitchell v. Torrence Cablevision USA, Inc.* case, or any responses to assertions in Defendant Mediacom's

Reply Brief (Doc. 103).  Plaintiffs had ample opportunity to present these arguments within the scheduled deadlines or motion the Court if an extension to the deadlines would be necessary. Plaintiffs Motion (Doc. 107) to Supplement is **due to be and hereby DENIED**.

   **So ORDERED**, this 10th day of May, 2006.


   _____s/ W. B. Hand_____
   SENIOR DISTRICT JUDGE