## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNN FREDERICK, wife of Douglas Frederick | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.: 05-0212-BH-M |
| MEDIACOM SOUTHEAST, LLC, ATX SERVICES, INC. and JUSTIN WANSLEY | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants ATX Services, Inc. (hereinafter, "ATX") and Justin Wansley's Motion (Doc. 79) for Summary Judgment. In response, Plaintiffs have indicated that they have no objection to the dismissal of Justin Wansley and ATX from this matter. However, because Plaintiffs have noted that Defendant Mediacom Southeast, LLC (hereinafter, "Mediacom") has refused to be a signatory to a proposed joint motion to dismiss, the Court permitted Mediacom an opportunity to present any objections it may have as to the dismissal of Wansley and ATX. As of this date, Mediacom has not provided any objections. Therefore, pursuant to the Court's Order (Doc. 111) of May 10, 2006, the Court **hereby GRANTS** Defendants Justin Wansley and ATX Services, Inc.'s Motion (Doc. 79) for Summary Judgment and all claims against them in this matter are **hereby DISMISSED**.

**So ORDERED**, this 22nd day of May, 2006.

                                                                                   s/ W. B. Hand
                                                           SENIOR DISTRICT JUDGE